**Naomi L. HOWARD, Appellant,**

v.

**Leo HOWARD, Appellee.**

No. 2040.

Municipal Court of Appeals for the District of Columbia.

Argued Aug. 5, 1957.

Decided Aug. 8, 1957.

Rex K. Nelson, Washington, D. C., with whom Eugene X. Murphy, Washington, D. C., was on the brief, for appellant.

No appearance for appellee.

Before ROVER, Chief Judge, HOOD, Associate Judge, and CAYTON (Chief Judge, Retired) sitting by designation under Code, § 11–776(b).

PER CURIAM.

In this action for a divorce on the ground of desertion the trial court ruled that cor-

roboration was required as a matter of law. For the reasons set forth in Schroeder v. Schroeder, D.C.Mun.App., 133 A.2d 470, such ruling was erroneous and requires reversal.

Reversed with instructions to grant a new trial.